1

2

3

FILED
CLERK, U.S. DISTRICT COURT

AUG - 1 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,              )     Case No.: 5:23-MJ-373

11                                     )
                  Plaintiff,           )     ORDER OF DETENTION PENDING
12                                     )     FURTHER REVOCATION
                     v.                )     PROCEEDINGS
13                                     )     (FED. R. CRIM. P. 32.1(a)(6); 18
     Vonee  Hoyos,                     )     U.S.C. § 3143(a)(1))
14                                     )
                  Defendant.           )
15   _____)

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the __Southern__ District of

18   __California__ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A. (X)   The defendant has not met his/her burden of establishing by clear and

23           convincing evidence that he/she is not likely to flee if released under 18

24           U.S.C. § 3142(b) or (c).  This finding is based on the following:

25           (X)   information in the Pretrial Services Report and Recommendation

26           (X)   information in the violation petition and report(s)

27           (X)   the defendant's nonobjection to detention at this time

28           ( )   other: _____

1

1     and/ or

2  B. (X)   The defendant has not met his/her burden of establishing by clear and

3          convincing evidence that he/she is not likely to pose a danger to the safety

4          of any other person or the community if released under 18 U.S.C.

5          § 3142(b) or (c).  This finding is based on the following:

6          (X)   information in the Pretrial Services Report and Recommendation

7          (X)   information in the violation petition and report(s)

8          (X)   the defendant's nonobjection to detention at this time

9          ( )   other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  August 1, 2023

15                                SHERI PYM

                             United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28